No. 73–1596. HAMPTON, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL. *v.* MOW SUN WONG ET AL. C. A. 9th Cir. [Restored to calendar, 420 U. S. 959.] Motion for appointment of counsel granted, and Edward H. Steinman, Esquire, of Santa Clara, Cal., is appointed to serve as counsel for respondents in this case.

No. 74–175. MIDDENDORF, SECRETARY OF THE NAVY, ET AL. *v.* HENRY ET AL.; and

No. 74–5176. HENRY ET AL. *v.* MIDDENDORF, SECRETARY OF THE NAVY, ET AL. C. A. 9th Cir. [Restored to calendar, 421 U. S. 906.] Motion of the Solicitor General to permit Harvey M. Stone, Esquire, to present oral argument *pro hac vice* granted.

No. 74–1304. NEVADA EX REL. WESTERGARD *v.* UNITED STATES ET AL. C. A. 9th Cir. [Certiorari granted, 422 U. S. 1041.] Motion of the Salt River Pima-Maricopa Indian Community et al. for leave to file a brief as *amici curiae* granted.

No. 75–436. BUCKLEY ET AL. *v.* VALEO, SECRETARY OF THE SENATE, ET AL. Appeal from C. A. D. C. Cir.; and

No. 75–437. BUCKLEY ET AL. *v.* VALEO, SECRETARY OF THE SENATE, ET AL. Appeal from D. C. D. C. [Probable jurisdiction noted, *ante,* p. 820.] Motion to reconsider motion of Senator Lee Metcalf for leave to permit oral agrument on his behalf as *amicus curiae* denied.

No. 74–1656. MOE, SHERIFF, ET AL. *v.* CONFEDERATED SALISH AND KOOTENAI TRIBES OF FLATHEAD RESERVATION ET AL.; and

No. 75–50. CONFEDERATED SALISH AND KOOTENAI TRIBES OF FLATHEAD RESERVATION ET AL. *v.* MOE, SHERIFF, ET AL. Appeals from D. C. Mont. [Probable jurisdiction noted, *ante,* p. 819.] Joint motion to dispense with printing appendix and for leave to proceed on original record granted.